UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-62352-ALTMAN/Hunt

**ANDREW KOWLESSAR**,
*individually and on behalf of others similarly situated*,

    *Plaintiff*,

v.

**EZPAWN FLORIDA, INC.**,

    *Defendant*.

_____/

**ORDER OF DISMISSAL**

The parties have filed a Stipulation of Dismissal Without Prejudice [ECF No. 34] pursuant to FED. R. CIV. P 41(a)(1)(A)(ii) (permitting dismissal without prejudice upon "a stipulation of dismissal signed by all parties who have appeared"). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED without prejudice**. The Clerk shall **CLOSE** the case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of May 2022.

                                                      **ROY K. ALTMAN**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record